(114 So. 605)

No. 28724.

## STATE v. HAMILTON.

Oct. 31, 1927.

*(Syllabus by Editorial Staff.)*

Criminal law ⟨key⟩1182—Where record contains no bill of exception, assignment of error, or patent error, and no brief, conviction must be affirmed.

Where record contains no bill of exception, no assignment of error, no error patent on its face, and no brief for defendant, verdict and sentence must be affirmed.

Appeal from Criminal District Court, Parish of Orleans; A. D. Henriques, Judge.

Henry Hamilton was convicted of breaking into and entering a dwelling house in the

nighttime with intent to steal, and he appeals. Affirmed.

Paul L. Fourchy, of New Orleans, for appellant.

Percy Saint, Atty. Gen., Eugene Stanley, Dist. Atty., and Niels F. Hertz, Asst. Dist. Atty., both of New Orleans, for the State.

OVERTON, J. Defendant was convicted of breaking and entering a dwelling house in the nighttime with intent to steal. The record contains no bill of exception, no assignment of error, no error patent upon its face, and no brief in behalf of defendant. Therefore there is nothing to do but to affirm the verdict and the sentence.

For the reasons assigned, the verdict and the sentence appealed from are affirmed.